**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **TROY JACKSON,** | ) | **Civil Action No. 7:16cv00137** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **VIRGINIA DEPARTMENT** | ) | |
| **OF CORRECTIONS,** | ) | **By: Norman K. Moon** |
| **Defendant.** | ) | **United States District Judge** |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that that Jackson's complaint is **DISMISSED without prejudice** for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1) and this case is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this order and the accompanying memorandum opinion to plaintiff.

**ENTER**: This  29th  day of April, 2016.

_Norman K. Moon_
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE